UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:17 cr 157 T 17 TGW

18 U.S.C. § 1001(a)(2)
18 U.S.C. § 641
42 U.S.C. § 1383a(a)(3)

ARRITTA SPENCE
a/k/a Arritta Bell

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about May 8, 2014, in the Middle District of Florida, in a matter within the jurisdiction of the executive branch of the Government of the United States, the defendant,

ARRITTA SPENCE
a/k/a Arritta Bell,

knowingly and willfully made and caused to be made a materially false, fictitious, and fraudulent statement and representation in connection with a Social Security Administration Form SSA-795 Statement of Claimant or Other Person, in that the defendant falsely represented to the Social Security Administration that her husband, V.S., did not reside with her and

had not resided with her during the course of their marriage, knowing this statement to be false.

In violation of 18 U.S.C. § 1001(a)(2).

## COUNT TWO

Beginning in or about March 2010, and continuing through in or about May 2014, in the Middle District of Florida, and elsewhere, the defendant,

ARRITTA SPENCE
a/k/a Arritta Bell,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and the Social Security Administration, a department and agency of the United States, that is, supplemental security income benefits, with intent to deprive the United States and the Social Security Administration of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

## COUNT THREE

Beginning in or about March 2010, and continuing through in or about May 2014, in the Middle District of Florida, and elsewhere, the defendant,

ARRITTA SPENCE
a/k/a Arritta Bell,

in a matter within the jurisdiction of the Social Security Administration, having knowledge of the occurrence of an event affecting her initial and continued right to receive payment of supplemental security income benefits, did conceal and fail to disclose such event with the intent to fraudulently secure such benefit payments when no such payment was authorized, a change in her resources and income, in order to continue to receive and spend the SSI benefit payments made by the SSA to herself and her five minor children.

In violation of 42 U.S.C. § 1383a(a)(3).

## FORFEITURES

1. The allegations contained in Count Two of this Indictment, are hereby realleged and incorporated by reference for purpose of alleging forfeitures, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of the violations alleged in Count Two Indictment, the defendant, ARRITTA SPENCE a/k/a Arritta Bell, shall

forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. The property to be forfeited includes, but is not limited to, a money judgment in the amount of $192,046.00, representing the proceeds of the violations alleged in Count Two.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to, and shall pursue, forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: Rachel K. Jones
Assistant United States Attorney

By:
FOR: Simon A. Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ARRITTA SPENCE
a/k/a Arritta Bell

**INDICTMENT**

Violations: 18 U.S.C. §§ 1001(a)(2) and 641
42 U.S.C. § 1383a(a)(3)

A true bill,

Foreperson

Filed in open court this 11th day

of April 2017.

Clerk

Bail $